**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| Valentin Zuniga,<br><br>        Plaintiff<br>v.<br><br>Senior Officer Garcia, et al.,<br><br>        Defendants | Case No. 2:23-cv-01782-JAD-BNW<br><br>**Order Granting Plaintiff's Motion for Additional Time to Respond to Motion for Summary Judgment**<br><br>ECF No. 44 |

On November 19, 2025, Defendants James Dzurenda, Brian Williams, and Julie Williams filed a motion for summary judgment.[1]  Plaintiff Valentin Zuniga's deadline to respond to that motion was December 11, 2025.  But on January 13, 2026,[2] Zuniga filed a motion to extend his response deadline by 30 days, citing the complexities of the motion as the reason he needs extra time.  Finding good cause and excusable neglect, IT IS ORDERED that the motion to enlarge time **[ECF No. 44] is GRANTED.  The deadline to respond to the Dzurenda & Williams motion for summary judgment [ECF No. 41] is extended to February 12, 2026.[3]**  Zuniga is cautioned that future requests to extend time must be filed *before* the deadline for response passes.

_____
U.S. District Court Judge    1/23/26

---

[1] ECF No. 41.

[2] Zuniga's motion is dated December 30, 2025.

[3] This date is 30 days from Zuniga's motion-filing date because a 30-day extension of the original deadline would have already passed.